JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

HARTFORD FIRE INSURANCE CO. a/s/o  :
HOUSE OF SPICES (INDIA), INC.
                                   :
         Plaintiff,
v.                                 :

                                   :  Civil Action No.
KOREAN CARGO CONSOLIDATORS (USA), INC.,
KCC TRANSPORT SYSTEMS, INC.,       :
TS CHINA V. 913N, her engines,
boilers, etc., MSC MEDITERRANEAN   :
SHIPPING CO., SA, MEDITERRANEAN
SHIPPING CO., USA, INC., M/V TEXAS :
R945A, her engines, boilers, etc.,    COMPLAINT
BUCHA EXPORT CO., LTD., AMERICAN CARGO:
EXPRESS, INC. and XYZ Corp.
                                   :
         Defendants.
                                   :
---------------------------------X

The plaintiff, HARTFORD FIRE INSURANCE CO. a/s/o HOUSE OF SPICES (INDIA), INC., complaining of the above named defendants, alleges upon information and belief:

JURISDICTION

1. This action seeks recovery of a claim for damaged freight in transit, which is cognizable as an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and jurisdiction is otherwise found by virtue of 28 U.S.C. § 1331(Federal Question), 46 U.S.C. § 30701 et seq. (COGSA), and/or 49 U.S.C. § 14706 (Carmack Amendment).

PARTIES

2. At and during all time hereinafter mentioned, plaintiff had and now has the legal status and principal offices and place of

business now stated in Schedule A annexed by this reference and made a part hereof.

### First Count

3. Plaintiff repeats and realleges each and every allegation of paragraphs 1 through 3 as if fully set forth herein.

4. On or about **December 4, 2009,** pursuant to a contract of bailment, freight, forwarding and carriage, entered into with the plaintiff, the defendants and each of them, received certain merchandise owned by the plaintiff, under defendants, **Korean Cargo Consolidators (USA), Inc.s, Bill of Lading No. KLBK09110179F and Mediterranean Shipping Co., SA's Bill of Lading MSCUSX956705, as more fully described in Schedule A hereto.**

5. The defendants and each of them breached their contract of bailment, freight forwarding and carriage, and as a result of which, plaintiff's merchandise was greatly depreciated in value and plaintiff lost the use of same, for which it claims damages.

WHEREFORE, plaintiff, HARTFORD FIRE INSURANCE CO. a/s/o HOUSE OF SPICES (INDIA), INC., demands judgment against the defendants, KOREAN CARGO CONSOLIDATORS (USA), INC., KCC TRANSPORT SYSTEMS, INC., TS CHINA V. 913N, her engines, boilers, etc., MSC MEDITERRANEAN SHIPPING CO., SA, MEDITERRANEAN SHIPPING CO., USA, INC., M/V TEXAS R945A, her engines, boilers, etc., BUCHA EXPORT CO., LTD., AMERICAN CARGO EXPRESS, INC. and XYZ Corp.

### SECOND COUNT

6. Plaintiff repeats and realleges each and every allegation of paragraphs 1 through 5 as if fully set forth herein.

7. On or about the date and time aforementioned, defendants and/or each of them, caused a shipment of **860 bags Lentil Beans** to be delivered to the plaintiff, HOUSE OF SPICES (INDIA), INC. in a damaged condition, as more fully described in Schedule A hereto.

8. The defendants and/or each of them were negligent and careless, thus causing the damages stated herein.

WHEREFORE, plaintiff, HARTFORD FIRE INSURANCE CO. a/s/o HOUSE OF SPICES (INDIA), INC., demands judgment against the defendants, KOREAN CARGO CONSOLIDATORS (USA), INC., KCC TRANSPORT SYSTEMS, INC., TS CHINA V. 913N, her engines, boilers, etc., MSC MEDITERRANEAN SHIPPING CO., SA, MEDITERRANEAN SHIPPING CO., USA, INC., M/V TEXAS R945A, her engines, boilers, etc., BUCHA EXPORT CO., LTD., AMERICAN CARGO EXPRESS, INC. and XYZ Corp.

Dated:   Huntington, New York
         November 16, 2010

                                  _____
                                  Raymond A. Selvaggio, Esq.
                                  (RS-6015)
                                  PEZOLD SMITH HIRSCHMANN & SELVAGGIO, LLC
                                  120 Main Street
                                  Huntington, New York 11743
                                  (631) 427-0100

                                  *Attorneys for Plaintiff*

## SCHEDULE A

Plaintiff: legal status and place of business:

> HARTFORD FIRE INSURANCE COMPANY
> Box 14265
> Lexington, Kentucky 40512
>
> House of Spices (India), Inc.
> 127-40 Willets Point Boulevard
> Flushing, New York 11368

Defendants: legal status and place of business:

> KOREAN CARGO CONSOLIDATORS (USA) INC.
> 335 E. ARTESIA BLVD.
> COMPTON CA 90220
>
> KCC TRANSPORT SYSTEMS INC.
> 311 W. ARTESIA BLVD.
> COMPTON CA 90220
>
> MEDITERRANEAN SHIPPING COMPANY (USA), INC.
> 420 5th Avenue (at 37th Street) – 8th Floor
> New York, N.Y. 10018-2702
>
> MSC MEDITERRANEAN SHIPPING COMPANY, S.A.
> c/o Mediterranean Shipping Company (USA) Inc.
> 420 5th Avenue (at 37th Street) – 8th Floor
> New York, New York 10018-2702
>
> BUCHA EXPORT CO., LTD.
> 16/86 Klongtoey Flats
> 3rd Floor
> Phakanong – 10110 Thailand
>
> AMERICAN CARGO EXPRESS, INC.
> 545 Dowd Ave
> Elizabeth, NJ 07201
>
> XYZ CORP.

Date of Shipment/
Bill of Lading: Korean Cargo Consolidators (USA), Inc. B/L KLBK09110179F, dated 11/1/09
MSC Mediterranean Shipping Co., SA B/L MSCUSX956705
Vessel/Voyage : TS CHINA V. 913N / M/V TEXAS R945A
D/L:    12/4/2009

Port of Loading: Bangkok, Thailand

Port of Discharge: Long Beach, CA

Place of Delivery: Houston, Texas

Shippers: Bucha Export Co., Ltd.

Consignee: To Order

Description of Shipment: 860 bags Lentil Beans

Nature of Loss: Damaged